IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00590-WYD-MJW

REMEDPAR, INC.,

Plaintiff(s),

v.

RANGARAJAN PARTHASARATHY a/k/a RAY PARTHA,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Motion to Vacate Scheduling Conference (docket no. 12) is GRANTED finding good cause shown.  The Rule 16 Scheduling Conference set before Magistrate Judge Watanabe on May 13, 2013, at 10:00 a.m. is VACATED.

The court finds that a Clerk's Default was entered against Defendant on April 18, 2013 (docket no. 11).  Thereafter, the Defendant filed for bankruptcy on April 25, 2013, in the United States Bankruptcy Court for the District of Colorado under Case No. 13-16820-EEB [Judge Elizabeth E. Brown is the U.S. Bankruptcy Judge assigned to this case].  An automatic stay has been issued by the Bankruptcy Court.

It is FURTHER ORDERED that plaintiff shall file a written status report with the court on the first day of each month beginning July 1, 2013.  Such written status report shall provide this court with an update on the Defendant's bankruptcy proceeding.

Date: May 8, 2013